# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE ARRAIGNMENT & PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Mustafa Dayib(1),<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No:          CR 26-98   DWF<br>Date:               June 16, 2026<br>Court Reporter:     Caitlin Nat<br>Courthouse:     St. Paul<br>Courtroom:      7C<br>Time Commenced: 1:42 p.m.<br>Time Concluded:    2:23 p.m.<br>Time in Court:      41 minutes |

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
    For Plaintiff: Matthew Murphy, Assistant United States Attorney
    For Defendant: Andrew Irlbeck,   Retained

PROCEEDINGS:

    X **ARRAIGNMENT:**
        X Reading of Information Waived
    X **Change of Plea Hearing.**

    X PLEA:
        X Guilty as to Count 1: of the Felony Information
    X   Presentence Investigation and Report requested.
    X   Released on Conditions and Bond.   Order forthcoming.

                                                                                              s/jam
                                                                                    Courtroom Deputy